**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**FIDELITY AND DEPOSIT**
**COMPANY OF MARYLAND,**

        **Plaintiff,**

  v.

        **Case No. 2:21-cv-04384**
        **JUDGE EDMUND A. SARGUS, JR.**
        **Magistrate Judge Chelsey M. Vascura**

**AMAAZZ CONSTRUCTION GROUP,**
**LLC,** *et al.***,**

        **Defendants.**

## ORDER ADMINISTRATIVELY CLOSING ACTION

This matter came before the Court upon the Parties' Joint Motion to Administratively Close the Action. (Joint Mot., ECF No. 75.) The Joint Motion is well taken and is **GRANTED**.

Accordingly, the Court **DIRECTS** the Clerk to administratively close this case. The case may be reopened upon a motion from any of the Parties.

    **IT IS SO ORDERED.**

**10/23/2023**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**